

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

# ORDER WITHDRAWING MEDIATION ORDER

Court of Appeals Number:     01-19-00395-CV

Style:                                          Texas Southern University v. Pepper Lawson Horizon
International Group, LLC

Trial Court Case Number:      2018-32362

Trial Court:                          157th District Court of Harris County

Type of Motion:                   Objection to Mediation

Party Filing Motion:             Appellant

     Appellant has objected to mediation.  The Court's mediation order dated June 11, 2019 is withdrawn.

Judge's signature: /s/ Julie Countiss
                      Acting individually

Date:  June 26, 2019

---

\*      Absent emergency or a statement that the motion is unopposed, must wait ten days before acting on motion except for motion to extend time to file a brief.  *See* TEX. R. APP. P. 10.3(a).

**Note**:   Single justice may grant or deny any request for relief properly sought by motion, except in a civil case a single justice should not: (1) act on a petition for an extraordinary writ or (2) dismiss or otherwise determine an appeal or a motion for rehearing. TEX. R. APP. P. 10.4(a).